A CERTIFIED TRUE COPY

MAR 2 6 2007

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 3 2007

FILED
CLERK'S OFFICE

DOCKET NO. 875

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-275)

FILED
ASHEVILLE, N.C.

JUN 2 5 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,832 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3.29.07
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

# SCHEDULE CTO-275 - TAG-ALONG ACTIONS
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #              CASE CAPTION

ARKANSAS WESTERN
~~ARW 2 07-2004~~              ~~Eddie Joe Wooten, et al. v. CertainTeed Corp., et al.~~ Opposed 3/23/07

CALIFORNIA EASTERN
CAE 1 07-85                    Calvin Hobbs v. Burlington Northern & Santa Fe Railway Co.

CALIFORNIA NORTHERN
~~CAN 3 07-241~~               ~~Carla Groce, et al. v. Todd Shipyards Corp., et al.~~ Opposed 3/21/07
~~CAN 3 07-702~~               ~~Geraldine Burton, et al. v. A.W. Chesterton Co., et al.~~ Opposed 3/26/07

FLORIDA NORTHERN
FLN 3 06-479                   James Timothy Prescott, etc. v. A.W. Chesterton Co., et al.

ILLINOIS CENTRAL
ILC 1 06-1308                  Nadra O'Keefe, etc. v. AGA Gas Inc., et al.

ILLINOIS SOUTHERN
~~ILS 3 06-1058~~              ~~Jack Franklin v. CSX Transportation, Inc.~~ Opposed 3/23/07
ILS 3 07-1                     Steven Gray, et al. v. BNSF Railway Co.

KENTUCKY WESTERN
KYW 3 07-65                    Robert Moeller, et al. v. Garlock Sealing Technologies, LLC, et al.

LOUISIANA EASTERN
LAE 2 06-10560                 Auter Earl Barney v. Insurance Co. of North America., et al.
~~LAE 2 07-577~~               ~~Shirley Sommers, et al. v. Air Liquide-Big Three, Inc., et al.~~ Vacated 3/22/07

MASSACHUSETTS
MA 1 05-11149                  Robert Grazioso, et al. v. Metropolitan Life Insurance Co., et al.
MA 1 06-10270                  Gary Anderson, etc. v. A.W. Chesterton Co., et al.
MA 1 06-11064                  Pamela V. Koger v. A.W. Chesterton Co., et al.
MA 1 06-11148                  John F Welch, Jr., etc. v. Metropolitan Life Insurance Co., et al.

MARYLAND
~~MD 1 06-3319~~               ~~Linda Hudson, et al. v. Rapid-American Corp., et al.~~ Opposed 3/26/07

MISSOURI WESTERN
MOW 6 06-3472                  Larry F. Schauf, et al. v. 3M Co., et al.

MISSISSIPPI SOUTHERN
MSS 1 07-20                    Robert Irving v. ITT Corp., et al.
MSS 1 07-23                    Felicia White, et al. v. Owens-Illinois, Inc., et al.
MSS 1 07-59                    Lula Adams Grant v. William Powell International Sales Corp., et al.

NORTH CAROLINA MIDDLE
NCM 1 07-56                    Peggy R. Morgan v. Borg-Warner Corp., et al.
NCM 1 07-101                   John Wilburn Sheets, et al. v. Aqua-Chem, Inc., et al.
NCM 1 07-102                   Brenda T. Caudle, etc. v. Aqua-Chem, Inc., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 07-105 | Grady Vernon Holmes v. Aqua-Chem, Inc., et al. |
| NCM 1 07-107 | Carl Vernon Allmon, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 07-116 | Alden Bryan Pearson, Jr., et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 07-4 | Jerry Richard Alexander, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-5 | Vincent Jerome Brooks, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-6 | Ricky Alexander Cherry, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-7 | Paul Rudisill Dellinger, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-8 | James Purser Sherrill, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-10 | Clarence B. Beard, III, et al. v. 3M Co., et al. |
| NCW 1 07-13 | Johnny James Thrasher, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-14 | Abraham Norris, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-15 | Wayne Gordon Murphy, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-25 | Roland William Hager, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-26 | Wade Christopher Kastner, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-27 | John Lester Little, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-29 | Gene Alphonso McConneaughey v. Aqua-Chem, Inc., et al. |
| NCW 1 07-30 | David Steven Miller, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-31 | Todd Howard Sherrill v. Aqua-Chem, Inc., et al. |
| NCW 1 07-33 | Ernest Blanton Koone, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-34 | Anthony Dean Hardin, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-35 | Stephen Andrew Kularski, et al. v Aqua-Chem, Inc., et al. |
| NCW 1 07-36 | Boyd T. Towery, Jr. v. 3M Co., et al. |
| NCW 1 07-37 | Kenneth Alan McAlister, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-38 | Dean McCorkle, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-39 | Bobby Allen Sims, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-46 | Randy L. Johnson v. 3M Co., et al. |
| NCW 1 07-48 | Carroll Lee Munday, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-49 | Randy Eugene Arrowood, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-50 | Ronald Lee Hamrick, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-51 | Dennis Trevior McDowell, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-52 | James Thomas Honeycutt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-55 | Michael E. Tuttle, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-57 | Linda Faye Bishop v. Aqua-Chem, Inc., et al. |
| NCW 1 07-58 | James Richard Hood, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-59 | Reggie Blake Norman, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-60 | Terry Alvin Devine, Sr., et al. v. Aqua-Chem, Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 07-258 | Charles B. Young, et al. v. A.W. Chesterton Co., et al. |
| NYE 1 07-260 | Lionel E. Cripe, et al. v. A.W. Chesterton Co., et al. |
| NYE 1 07-261 | Sari J. Gabrielli, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 07-262 | Bea Aguilar, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 07-273 | William Prestis, Sr., et al. v. A.W. Chesterton Co., et al. |
| NYE 1 07-359 | Arlene D. Welch, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 07-360 | Eleanor Koerner, etc. v. A.W. Chesterton Co., et al. |
| **NEW YORK SOUTHERN** | |
| ~~NYS 1 06-15395~~ | ~~Talbot P. Frawley, et al. v. General Electric Co., et al.~~ Opposed 3/23/07 |
| **OHIO NORTHERN** | |
| OHN 1 06-10006 | Rovert E. Ferguson, et al. v. Lorillard Tobacco Co., Inc., et al. |

DIST. DIV. C.A. #					CASE CAPTION

PENNSYLVANIA WESTERN
×	PAW 2 07-40					Dorsey D. Weikert, Jr. v. Consolidated Rail Corp., et al.

SOUTH CAROLINA
SC 0 07-30					Walter Steve Robinson, et al. v. Aqua-Chem, Inc., et al.
SC 0 07-34					Roger Dale Melton, et al. v. Aqua-Chem, Inc., et al.
SC 0 07-240					Kenneth Wayne McDonald, et al. v. Aqua-Chem, Inc., et al.
SC 0 07-242					Wayne Brian Madsen, et al v. Aqua-Chem, Inc., et al.
SC 0 07-257					Neil Mitchell Nolen, et al v. Aqua-Chem, Inc., et al.
SC 0 07-258					Howard Benjamin Hodge, et al. v. Aqua-Chem, Inc., et al.
SC 0 07-348					Harold Gene Heath, et al. v. Aqua-Chem, Inc., et al.
SC 0 07-440					Fred Ray Baker, Sr., et al. v. Aqua-Chem, Inc., et al.
SC 2 06-1113					Joann P. Howard, etc. v. Owens-Illinois, Inc., et al.
×	SC 2 07-337					Harold L. Albertson, et al. v. Bayer CropScience, Inc., et al.
SC 2 07-338					James Herman Collins v. Bayer CropScience, Inc., et al.
SC 2 07-468					Thelma G. Campbell, etc. v. Owen-Illinois, Inc., et al.
SC 6 07-241					Ernest Hoyt Horne, et al. v. Aqua-Chem, Inc., et al.
SC 7 07-32					Mickey Lane Standridge, et al. v. Aqua-Chem, Inc., et al.
SC 7 07-33					James Edward Parker, et al. v. Aqua-Chem, Inc., et al.
SC 7 07-36					Roy Wade Seagle, et al. v. Aqua-Chem, Inc., et al.
SC 7 07-367					Dennis Silvers, et al. v. Aqua-Chem, Inc., et al.
SC 7 07-393					William E. Dover, et al. v. Aqua-Chem Inc., et al.
SC 7 07-439					Billy Ray Gordon, et al. v. Aqua-Chem, Inc., et al.
SC 8 06-570					Walter David James, et al. v. Aqua-Chem, Inc., et al.
SC 8 06-941					William Maurice Gould, et al. v. Aqua-Chem, Inc., et al.
SC 8 06-942					William Robert Cowart, et al. v. Aqua-Chem, Inc., et al.
SC 8 07-29					Stanley Roberts Pope, et al. v. Aqua-Chem, Inc., et al.
SC 8 07-239					Tommy Joe King v. Aqua-Chem, Inc., et al.
SC 8 07-256					Dennis Hayden McCall, et al. v. Aqua-Chem, Inc., et al.
SC 8 07-435					Donny Edward Stewart, et al. v. Aqua-Chem, Inc., et al.
SC 8 07-436					Horace Alfred Kelley, et al. v. Aqua-Chem, Inc., et al.
SC 8 07-437					Curtis Clinton Mitchum, Jr., et al. v. Aqua-Chem, Inc., et al.

TEXAS NORTHERN
TXN 4 07-82					Marsha Geffert, et al. v. CertainTeed Corp., et al.

TEXAS SOUTHERN
TXS 4 07-130					Allan Cardwell, et al. v. The Boeing Co., et al.

VIRGINIA EASTERN
VAE 2 06-9103					Richard W. Grapes v. American Standard, Inc., et al.
VAE 2 06-9104					Gordon W. Jones v. American Standard, Inc., et al.
VAE 2 06-9105					William H. Monroe, Jr., etc. (Floyd Raymond Skangel) v. American Standard, Inc., et al.
×	VAE 2 06-9106					Lucy S. Ward v. American Standard, Inc., et al.
VAE 2 06-9107					Margie E. Birmingham v. American Standard, Inc., et al.
VAE 2 06-9108					Roberto P. Gallegos v. American Standard, Inc., et al.
VAE 2 06-9109					Terry D. Nealey v. American Standard, Inc., et al.
VAE 2 06-9110					Richard B. Nelson v. American Standard, Inc., et al.
VAE 2 06-9111					Floyd C. Olson v. American Standard, Inc., et al.
VAE 2 06-9112					Charles L. Papke v. American Standard, Inc., et al.
VAE 2 06-9113					Leon R. Paquette v. American Standard, Inc., et al.
VAE 2 06-9114					James H. Rickard v. American Standard, Inc., et al.
VAE 2 06-9115					George D. Ryan v. American Standard, Inc., et al.
VAE 2 06-9116					Willus C. Stream v. American Standard, Inc., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **VIRGINIA EASTERN** | |
| VAE 2 06-9117 | Lawrence R. Watters v. American Standard, Inc., et al. |
| VAE 2 06-9118 | Leroy White v. American Standard, Inc., et al. |
| VAE 2 06-9119 | Eulalio Flores v. American Standard, Inc., et al. |
| VAE 2 06-9120 | James A. Fowlkes v. American Standard, Inc., et al. |
| VAE 2 06-9121 | Venice Linville v. American Standard, Inc., et al. |
| VAE 2 06-9122 | Andrew G. Matson v. American Standard, Inc., et al. |
| VAE 2 06-9123 | Justin E. Miller v. Norfolk Southern Railway Co. |
| VAE 2 06-9124 | Tom K. Wilson v. American Standard, Inc., et al. |
| VAE 2 06-9125 | Darwin W. Bales v. Norfolk Southern Railway Co. |
| VAE 2 06-9126 | Joseph D. Broadhurst, Sr. v. Norfolk Southern Railway Co. |
| VAE 2 06-9127 | Kit H. Loveless v. Norfolk Southern Railway Co. |
| VAE 2 06-9128 | James M. Nickell v. Norfolk Southern Railway Co. |
| VAE 2 07-9129 | Lorenzo G. Dominguez v. American Standard, Inc., et al. |
| VAE 2 07-9130 | James C. Frizzell v. American Standard, Inc., et al. |
| VAE 2 07-9131 | Richard J. Gordon v. American Standard, Inc., et al. |
| VAE 2 07-9132 | M. Edward Heckman v. American Standard, Inc., et al. |
| VAE 2 07-9133 | Arnold W. Hellenberg v. American Standard, Inc., et al. |
| VAE 2 07-9134 | Gilbert S. Hernandez v. American Standard, Inc., et al. |
| VAE 2 07-9135 | Donald E. Jenkins v. American Standard, Inc., et al. |
| VAE 2 07-9136 | Charles L. Kunkleman v. American Standard, Inc., et al. |
| VAE 2 07-9137 | Curtis E. McMorris v. American Standard, Inc., et al. |
| VAE 2 07-9138 | James A. Miller v. American Standard, Inc., et al. |
| VAE 2 07-9139 | Raymond J. Peters v. American Standard, Inc., et al. |
| VAE 2 07-9140 | James M. Phillips v. American Standard, Inc., et al. |
| VAE 2 07-9141 | John T. Swaine v. American Standard, Inc., et al. |
| VAE 2 07-9142 | Ivan Conder v. American Standard, Inc., et al. |
| VAE 2 07-9143 | Thomas C. Ford v. American Standard, Inc., et al. |
| VAE 2 07-9144 | C. L. Hughes v. American Standard, Inc., et al. |
| VAE 2 07-9145 | Paul H. Jean v. American Standard, Inc., et al. |
| VAE 2 07-9146 | Harry L. O'Donnell v. American Standard, Inc., et al. |
| VAE 2 07-9147 | Jack G. O'Donnell v. American Standard, Inc., et al. |
| VAE 2 07-9148 | Clarence W. Pierce v. American Standard, Inc., et al. |
| VAE 2 07-9149 | Carl L. Stewart v. American Standard, Inc., et al. |
| VAE 2 07-9150 | Clifford M. Holwegner v. American Standard, Inc., et al. |
| VAE 2 07-9151 | Richard L. Beasley v. American Standard, Inc., et al. |
| VAE 2 07-9152 | Robert P. Carpineta v. American Standard, Inc., et al. |
| VAE 2 07-9153 | Ronald J. Curin v. American Standard, Inc., et al. |
| VAE 2 07-9154 | Jesse R. Garcia v. American Standard, Inc., et al. |
| VAE 2 07-9155 | William H. Monroe, Jr., etc. (Ronald M. Jones, Jr.) v. American Standard, Inc., et al. |
| VAE 2 07-9156 | Alton J. Hardaway v. American Standard, Inc., et al. |
| VAE 2 07-9157 | Jose L. Otero v. American Standard, Inc., et al. |
| VAE 2 07-9158 | Karl D. Rimer, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9159 | Donald T. Throenle, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9160 | Thomas H. Tillett v. American Standard, Inc., et al. |
| VAE 2 07-9161 | Doran R. Brechmann, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9162 | Calvin S. Redford v. American Standard, Inc., et al. |
| ~~VAE 3 07-68~~ | ~~Barbara Anne Anderson v. Alfa Laval, Inc., et al.~~ Opposed 3/21/07 |
| **WASHINGTON WESTERN** | |
| WAW 2 06-1819 | Frances Baker, et al. v. C.H. Murphy/Clark-Ullman, Inc., et al. |
| **WISCONSIN EASTERN** | |
| WIE 2 06-1169 | Edmund L. Scheffel v. Dynegy Corp., et al. |

DIST. DIV. C.A. #            CASE CAPTION

WISCONSIN WESTERN
 WIW 3  06-672            Ernest Crotteau v. Dynegy Corp., et al.